478 A.2d 53

Cadet Corp., Appellant (at No. 2642) v. Monarch Co.

Cadet Corp., Appellant (at No. 2643) v. Insurance of Pa.

Petition for Allowance of Appeal
Denied Oct. 18, 1984.

Argued April 26, 1984. Jeremy Ross, for appellant; David R. Strawbridge, for appellees.

Before McEWEN, BECK and HOFFMAN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge William A. Dwyer, Jr. is affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.